IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LAWRENCE H. THOMPSON, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | Case No. 1:06MS00523 |
| ) | Hon. Richard W. Roberts |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Respondent. ) | |

### NOTICE OF APPEARANCE OF DAVID M. KATINSKY

TO THE CLERK OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA:

Kindly enter the appearance of David M. Katinsky as counsel for repondent, the United States of America.

Dated:  January 18, 2007

                              Respectfully submitted,

                              /s/ David M. Katinsky
                              DAVID M. KATINSKY
                              Trial Attorney, Tax Division
                              U.S. Department of Justice
                              P.O. Box 227
                              Ben Franklin Station
                              Washington, D.C. 20044
                              Telephone: (202) 307-6435

OF COUNSEL:

KENNETH L. WAINSTEIN
United States Attorney

2169672.1

**CERTIFICATE OF SERVICE**

IT IS HEREBY CERTIFIED that the foregoing NOTICE OF APPEARANCE OF DAVID M. KATINSKY was caused to be served this 18th day of January, 2007, by depositing a true and correct copy thereof in the United States mail, postage prepaid, addressed as follows:

>Kyle Coleman, Esq.
>The Roberts Law Firm
>The Fairways I
>16250 Dallas Parkway
>Suite 105
>Dallas, TX 75248
>
>Robert M. Adler, Esq.
>O'Conner & Hannan, L.L.P.
>1666 K Street, N.W.
>Suite 500
>Washington, DC 20006

>/s/ David M. Katinsky
>DAVID M. KATINSKY

2169672.1