IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

LAWRENCE H. THOMPSON,          )
                               )
              Petitioner,      )
                               )
        v.                     )          Case No. 1:06MS00523
                               )          Hon. Richard W. Roberts
UNITED STATES OF AMERICA,      )
                               )
              Respondent.      )

## UNITED STATES OF AMERICA'S
## MOTION TO DISMISS PETITION

Pursuant to Fed.R.Civ.P. 12(b), the respondent, the United States of America,

moves this Court for an order dismissing petitioner's Petition to Quash Internal

Revenue Service Summons Under I.R.C. § 7609 for lack of subject matter jurisdiction.

### STATEMENT OF POINTS AND AUTHORITIES

### STATEMENT OF THE CASE

Petitioner seeks to quash Internal Revenue Service ("the Service") administrative

summonses served by the Service upon two entities with District of Columbia

addresses: (1) Pepper Hamilton and (2) Jeffrey J. Kimbell & Associates. Petitioner also

requests, in its prayer for relief, that this Court enjoin the Internal Revenue Service from

utilizing documents received in response not only to the two above-referenced

summonses but also to administrative summonses issued to 38 other individuals,

companies, and entities set forth in paragraph 8 of the Petition (collectively, the

summoned entities). Petitioner's federal tax returns for his tax years 2002, 2003, and

2004 are currently under examination by the IRS.  *See* Petition, ¶¶ 9, 13.

As noted in the Petition, not all of the summoned entities are located in the District of Columbia.  Petition, ¶ 7 n.2 and ¶ 8.

On January 12, 2007, the Service issued letters to the summoned entities formally withdrawing each of the 40 summonses.  Copies of those letters were also provided to petitioner's counsel on the same date.  Declaration of David M. Katinsky (Katinsky Decl.), Ex. A.

## DISCUSSION

As will be shown below, this action must be dismissed as moot with respect to all of the summonses at issue because they have each been withdrawn.  Additionally, the Court lacks subject matter jurisdiction over those summonses that are directed to entities outside of the District of Columbia.

Petitioner bears the burden of proving that subject matter jurisdiction exists in this proceeding.  *Georgiades v. Martin-Trigona*, 729 F.2d 831, 833 n.4 (D.C. Cir. 1984); *Carter v. Washington Metropolitan Transit Authority*, 451 F.Supp.2d 150, 152 (D.D.C. 2006). In ruling on a motion to dismiss for lack of subject matter jurisdiction under Fed. R. Civ. P. 12(b)(1), courts may consider affidavits and other evidence supporting or contradicting a petitioner's jurisdictional allegations.  *See  Coalition for Underground Expansion v. Mineta*, 333 F.3d 193, 198 (D.C. Cir. 2003); *Carter*, 451 F.Supp.2d at 152.

I.     This Court Lacks Subject Matter Jurisdiction Over This Action, Because the
       <u>Summonses Have Been Withdrawn by the Internal Revenue Service.</u>

       On January 12, 2007, the Service formally withdrew each of the summonses at

issue in this matter.  Katinsky Decl., Ex. A.  Because those summonses are no longer

being pursued by the IRS, this action is moot due to the lack of a case or controversy.

       The jurisdiction of federal courts to decide cases is limited by the requirement set

forth in Article III, § 2 of the Constitution that a case or controversy exist, and a case is

moot if that requirement is not satisfied.  *See, e.g., Spencer v. Kemna*, 523 U.S. 1, 7 (1998).

Thus, "[t]o qualify as a case fit for federal-court adjudication, 'an actual controversy

must be extant at all stages of review, not merely at the time the complaint is filed.'"

*Arizonans for Official English v. Arizona*, 520 U.S. 43, 67 (1997) (citation omitted).

Mootness can arise at any stage of the litigation.  *Calderon v. Moore*, 518 U.S. 149, 150

(1996).  Inasmuch as the summonses have been withdrawn, the questions presented by

the petition to quash are moot.  As no case or controversy exists, the petition must be

dismissed for lack of jurisdiction.  *See, e.g., Gudenau v. United States*, 2006 WL 2639472

(D. Haw. Sep. 11, 2006) (denying as moot petition to quash where Service withdrew

summonses); *Dame v. United States*, 643 F. Supp. 533, 534 (S.D.N.Y. 1986) ("[b]ecause the

summonses were thus withdrawn, there are no summonses to quash, and petitioner's

motion to quash must be denied"); *Kearns v. United States*, 580 F. Supp. 8 (S.D. Ohio

1983) ("as the respondent has withdrawn the first summons, there is no longer a case or

controversy for this Court to adjudicate with respect to the first summons").  *See also*

2182296.1

*Malone v. IRS*, 237 F.2d 54, 55 (6th Cir. 1956) (when, during appeal, summons was withdrawn, appellate court remanded case to district court to vacate order and dismiss petition to quash as moot).

II.     This Court Lacks Jurisdiction to Award Relief With Respect to the Summoned Entities Not Found Within the District of Columbia.

Although not necessary for the dismissal of this action, the United States also notes that, with respect to the summonses directed to those entities that are not found within the District of Columbia, the Court lacks jurisdiction to order relief with respect to those summonses. Pursuant to 26 U.S.C. § 7609, a proceeding to quash a third-party summons must be brought in the district where the summoned party is found. 26 U.S.C. § 7609(h). Minimum contacts with the district do not suffice to confer jurisdiction on the court. *See Oldham v. United States*, 2002 WL 1077311, 2002-2 U.S.T.C. ¶ 50,554 (D.Ore. Mar. 21, 2002). In the instant case, 38 of the summonses are directed to entities outside the District of Columbia. *See* Petition, ¶ 8. Moreover, there is no allegation or evidence that the records maintained by these summoned entities are located in this district. *See Oldham, supra* at *2; *cf. Masat v. U.S.*, 745 F.2d 985, 988 (5th Cir. 1984). Accordingly, this Court does not have jurisdiction to award relief with respect to summonses issued to those entities that are not found within the District of Columbia.

CONCLUSION

This Court should dismiss the petition as moot because each of the summonses at issue have been withdrawn by the Internal Revenue Service. Moreover, to the extent

4

2182296.1

that the summoned entity is not found within the District of Columbia, the Court lacks

jurisdiction.

WHEREFORE, for all of the reasons stated above, the United States respectfully

requests that the Court dismiss the instant petition.

Dated:  January 30, 2007

<div style="margin-left:40%">

Respectfully submitted,


/s/ David M. Katinsky
DAVID M. KATINSKY
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 227
Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 307-6435

</div>

OF COUNSEL:

JEFFREY A. TAYLOR
United States Attorney

2182296.1

## CERTIFICATE OF SERVICE

IT IS HEREBY CERTIFIED that the foregoing UNITED STATES OF AMERICA'S

MOTION TO DISMISS PETITION, DECLARATION OF DAVID M. KATINSKY, and

proposed ORDER GRANTING UNITED STATES OF AMERICA'S MOTION TO

DISMISS PETITION were caused to be served this 30th day of January, 2007, by

depositing a true and correct copy thereof in the United States mail, postage prepaid,

addressed as follows:


Kyle Coleman, Esq.
The Roberts Law Firm
The Fairways I
16250 Dallas Parkway
Suite 105
Dallas, TX 75248

Robert M. Adler, Esq.
O'Conner & Hannan, L.L.P.
1666 K Street, N.W.
Suite 500
Washington, DC 20006


/s/ David M. Katinsky
DAVID M. KATINSKY

2182296.1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

LAWRENCE H. THOMPSON,          )
                               )
          Petitioner,          )
                               )
     v.                        )          Case No. 1:06MS00523
                               )          Hon. Richard W. Roberts
UNITED STATES OF AMERICA,      )
                               )
          Respondent.          )

**ORDER GRANTING UNITED STATES
OF AMERICA'S MOTION TO DISMISS PETITION**

Having considered the UNITED STATES OF AMERICA'S MOTION TO

DISMISS PETITION, as well as any response and reply thereto, and the entire record of

this proceeding, it is by the Court

     ORDERED that the UNITED STATES OF AMERICA'S MOTION TO DISMISS

PETITION be, and hereby is, GRANTED; and it is further

     ORDERED that the PETITION TO QUASH INTERNAL REVENUE SERVICE

SUMMONS UNDER IRC § 7609 be, and hereby is, DISMISSED WITH PREJUDICE; and

it is further

     ORDERED that the Clerk shall distribute copies of this order by ECF to the

parties.

_____
UNITED STATES DISTRICT JUDGE

2191260.1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

LAWRENCE H. THOMPSON,            )
                                )
            Petitioner,          )
                                )
        v.                       )        Case No. 1:06MS00523
                                )        Hon. Richard W. Roberts
UNITED STATES OF AMERICA,        )
                                )
            Respondent.          )

## DECLARATION OF DAVID M. KATINSKY

I, David M. Katinsky, being of legal age, do hereby declare and depose, pursuant to 28 U.S.C. § 1746(2), as follows:

1.      I am a Trial Attorney with the Tax Division of the United States Department of Justice.  I have served in this position since July 1988.  In my position as Trial Attorney, I have been assigned defense of the present action.

2.      Attached hereto as Exhibit A is a true and correct copy of a letter dated January 12, 2007 from Internal Revenue Agent Paul Shipley to The Roberts Law Firm, counsel for petitioner, informing petitioner of the withdrawal of all of the summonses at issue and attaching copies of the withdrawal letters sent to each of the summoned

2186085.1

entities.  In compliance with LCvR 5.4(f), all but the last four digits of petitioner's social security number have been redacted.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on January 29, 2007

/s/ David M. Katinsky
DAVID M. KATINSKY

2

2186085.1

**Internal Revenue Service**                    **Department of the Treasury**

Date:  January 12, 2007

| |
|---|
| Taxpayer Name: |
| Lawrence H. Thompson |
| Taxpayer Identification Number: |
| -1181 |
| Form Number: |
| 1040 |
| Year(s): |
| 200212, 200312 & 200412 |
| Person to Contact/ID Number: |
| Paul R. Shipley #91-02526 |
| Contact Telephone Number: |
| (425) 468-6013 |
| Contact Fax Number: |
| (425) 468-6000 |

The Roberts Law Firm
16250 - Dallas Parkway Suite#105
Dallas, TX 75248

Dear Mr. Roberts,

We are sending the enclosed material under the provisions of your power of attorney or other authorization we have on file.  For your convenience, we have listed the name of the taxpayer to whom this material relates in the heading above.

If you have any questions, please call the contact person at the telephone number shown in the heading of this letter.

Thank you for your cooperation.

Sincerely,

Paul R. Shipley

Paul R. Shipley

Enclosures:
☒ Letter(s)
☐ Report(s)
☐ Copy of Determination Letter
☐ Other

EXHIBIT A

**Letter 937 (Rev. 11-2006)**
Catalog Number 30760X



**DEPARTMENT OF THE TREASURY**
**INTERNAL REVENUE SERVICE**
**Washington, D.C. 20224**

SMALL BUSINESS/SELF-EMPLOYED DIVISION

January 12, 2007

Key Bank
4910 – Tiedeman Road
Brooklyn, OH 44144

Reference: Key Bank 2039 Summons – Lawrence H. Thompson matter

Dear Sir/Madam,

This letter formally withdraws the Form 2039 Summons served to Key Bank, on October 26, 2006. The date of production was November 30, 2006. A Petition to quash the summons was filed. Due to flaws in providing the Noticee copies, IRM 25.5.10.3 is cited to formally withdraw the summons.

The Summons deals with the tax liability of Lawrence H. Thompson. We are planning to re-serve the summons.

If any documents were provided in response to the summons, they are returned to you, without inspection or examination.

My address is 520 – 112th Avenue NE #300 M/S: W704 Bellevue, WA 98004-5526. My phone number is (425) 468-6013, and the fax number is (425) 468-6000. Please

Sincerely yours,

*Paul R. Shipley*
Paul R. Shipley
Revenue Agent #91-02526

7004 1350 0003 1778 7636

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | | |
|---|---|---|
| Postage | $ | |
| Certified Fee | | Postmark Here |
| Return Reciept Fee (Endorsement Required) | | |
| Restricted Delivery Fee (Endorsement Required) | | |
| Total Postage & Fees | $ | |

Sent To  Key Bank
Street, Apt. No. or PO Box No.  4910 – Tiedeman Road
City, State, ZIP+4  Brooklyn, OH 44144

PS Form 3800, June 2002          See Reverse for Instructions

Cc: Mr. Lawrence H. Thompson
     Mr. William A. Roberts, Attorney-at-Law

EXHIBIT A



**DEPARTMENT OF THE TREASURY**
**INTERNAL REVENUE SERVICE**
**Washington, D.C. 20024**

SMALL BUSINESS/SELF-EMPLOYED DIVISION

January 12, 2007

Nevada State Bank
5373 – South Arville Street
Las Vegas, NV 89118

Reference:  Nevada State Bank 2039 Summons – Lawrence H. Thompson matter

Dear Sir/Madam,

This letter formally withdraws the Form 2039 Summons served to you, on October 26, 2006.  The date of production was November 30, 2006.  A Petition to quash the summons was filed.  Due to flaws in providing the Noticee copies, IRM 25.5.10.3 is cited to formally withdraw the summons.

The Summons deals with the tax liability of Lawrence H. Thompson.  We are planning to re-serve the summons.

If any documents were provided in response to the summons, they are returned to you, without inspection or examination.

My address is 520 – 112th Avenue NE #300 M/S:  W704 Bellevue, WA 98004-5526.  My phone number is (425) 468-6013, and the fax number is (425) 468-6000.  Please call me if you have any questions.

Sincerely yours,

Paul R. Shipley
Paul R. Shipley
Revenue Agent #91-02526

Cc:  Mr. Lawrence H. Thompson
      Mr. William A. Roberts, Attorney-at-Law

EXHIBIT A

**U.S. Postal Service**™
**CERTIFIED MAIL**™ **RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

**O F F I C I A L   U S E**

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| ...n Receipt Fee (Endo...ement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark
Here

Sent To  *Nevada State Bank*
Street, Apt. No.;
or PO Box No.  *5373 - South Arville Street*
City, State, ZIP+4  *Las Vegas, NV   89118*

PS Form 3800, June 2002                 See Reverse for Instructions

7004 1350 0003 1778 7674

**EXHIBIT A**



**DEPARTMENT OF THE TREASURY**
**INTERNAL REVENUE SERVICE**
**Washington, D.C. 20224**

SMALL BUSINESS/SELF-EMPLOYED DIVISION

January 12, 2007

Dr. Brigham Anderson, PhD.
6543 – Dalzell Place
Pittsburh, PA 15217

Reference:  Anderson 2039 Summons – Lawrence H. Thompson matter

Dear Dr. Anderson,

   This letter formally withdraws the Form 2039 Summons served to you, on October 26, 2006.  The date of production was November 30, 2006.  A Petition to quash the summons was filed.  Due to flaws in providing the Noticee copies, IRM 25.5.10.3 is cited to formally withdraw the summons.
   The Summons deals with the tax liability of Lawrence H. Thompson.  We are planning to re-serve the summons.
   If any documents were provided in response to the summons, they are returned to you, without inspection or examination.
   My address is 520 – 112th Avenue NE #300 M/S:  W704 Bellevue, WA 98004-5526.  My phone number is (425) 468-6013, and the fax number is (425) 468-6000.  Please call me if you have any questions.

Sincerely yours,

*Paul R. Shipley*

Paul R. Shipley
Revenue Agent #91-02526

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Reciept Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark
Here

Sent To *Dr. Brigham Anderson, PhD*    -at-Law
Street, Apt No.; or PO Box No. *6543 Dalzell Place*
City, State, ZIP+4 *Pittsburgh, PA 15217*

7004 1350 0003 1778 7681

PS Form 3800, June 2002          See Reverse for Instructions

EXHIBIT A



**DEPARTMENT OF THE TREASURY**
**INTERNAL REVENUE SERVICE**
**Washington, D.C. 20224**

SMALL BUSINESS/SELF-EMPLOYED DIVISION

January 12, 2007

Bank of America Bankcard Services
1825 – East Buckeye Road
Phoenix, AZ 85034

Reference:  BofA Bankcard Services 2039 Summons – Lawrence H. Thompson matter

Dear Sir/Madam,

This letter formally withdraws the Form 2039 Summons served to you, on October 26, 2006.  The date of production was November 30, 2006.  A Petition to quash the summons was filed.  Due to flaws in providing the Noticee copies, IRM 25.5.10.3 is cited to formally withdraw the summons.

The Summons deals with the tax liability of Lawrence H. Thompson.  We are planning to re-serve the summons.

If any documents were provided in response to the summons, they are returned to you, without inspection or examination.

My address is 520 – 112th Avenue NE #300 M/S:  W704 Bellevue, WA 98004-5526.  My phone number is (425) 468-6013, and the fax number is (425) 468-6000.  Please

Sincerely yours,


Paul R. Shipley
Revenue Agent #91-02526

---

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

**OFFICIAL USE**

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Reciept Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark Here

*Bankcard*

Sent To *Bank OF America Services*
Street, Apt No.; or PO Box No. *1825– East Buckeye Road*
City, State, ZIP+4 *Phoenix, AZ 85034*

7004 1350 0003 1778 7667

PS Form 3800, June 2002    See Reverse for Instructions

Cc:  Mr. Lawrence H. Thompson
       Mr. William A. Roberts, Attorney-at-Law

EXHIBIT A



**DEPARTMENT OF THE TREASURY**
**INTERNAL REVENUE SERVICE**
**Washington, D.C. 20224**

SMALL BUSINESS/SELF-EMPLOYED DIVISION

January 12, 2007

GMAC Mortgage
3451 – Mannond Avenue
Waterloo, IA 50702

Reference:  GMAC Mortgage 2039 Summons – Lawrence H. Thompson matter

Dear Sir/Madam,

    This letter formally withdraws the Form 2039 Summons served to you, on October 26, 2006.  The date of production was November 30, 2006.  A Petition to quash the summons was filed.  Due to flaws in providing the Noticee copies, IRM 25.5.10.3 is cited to formally withdraw the summons.
    The Summons deals with the tax liability of Lawrence H. Thompson.  We are planning to re-serve the summons.
    My address is 520 – 112th Avenue NE #300 M/S:  W704 Bellevue, WA 98004-5526. My phone number is (425) 468-6013, and the fax number is (425) 468-6000.  Please call me if you have any questions.

Sincerely yours,

*Paul R. Shipley*

Paul R. Shipley
Revenue Agent #91-02526

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Reciept Fee (Endorsement Required) | Postmark Here |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Sent To  GMAC Mortgage
Street, Apt. No.; or PO Box No.  3451- Mannond Avenue
City, State, ZIP+4  Waterloo, IA  50702

PS Form 3800, June 2002                See Reverse for Instructions

7004 1350 0003 1778 7704

cc:  Mr. Lawrence H. Thompson
    Mr. William A. Roberts, Attorney-at-Law

EXHIBIT A



**DEPARTMENT OF THE TREASURY**
**INTERNAL REVENUE SERVICE**
Washington, D.C. 20224

SMALL BUSINESS/SELF-EMPLOYED DIVISION

January 12, 2007

USAA Federal Savings Bank
9800 – Fredericksburg Road
San Antonio, TX 78288

Reference:  USAA Federal Savings Bank 2039 Summons – Lawrence H. Thompson matter

Dear Sir/Madam,

This letter formally withdraws the Form 2039 Summons served to you, on October 26, 2006.  The date of production was November 30, 2006.  A Petition to quash the summons was filed.  Due to flaws in providing the Noticee copies, IRM 25.5.10.3 is cited to formally withdraw the summons.

The Summons deals with the tax liability of Lawrence H. Thompson.  We are planning to re-serve the summons.

My address is 520 – 112th Avenue NE #300 M/S:  W704 Bellevue, WA 98004-5526. My phone number is (425) 468-6013, and the fax number is (425) 468-6000.  Please call me if you have any questions.

Sincerely yours,

*Paul R. Shipley*

Paul R. Shipley
Revenue Agent #91-02526

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

**OFFICIAL USE**

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Reciept Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Sent To  *USAA Federal Savings Bank*
Street, Apt. No.; or PO Box No.  *9800 – Fredericksburg Road*  y-at-Law
City, State, ZIP+4  *San Antonio, TX 78288*

7004 1350 0003 1778 7711

PS Form 3800, June 2002          See Reverse for Instructions

EXHIBIT A



**DEPARTMENT OF THE TREASURY**
**INTERNAL REVENUE SERVICE**
**Washington, D.C. 20224**

SMALL BUSINESS/SELF-EMPLOYED DIVISION

January 12, 2007

Bank of America
WA1-501-25-17
800 – 5th Avenue
Seattle, WA 98104

Reference:  Bank of America 2039 Summons – Lawrence H. Thompson matter


Dear Sir/Madam,

   This letter formally withdraws the Form 2039 Summons served to you, on October 24, 2006.  The date of production was November 30, 2006.  A Petition to quash the summons was filed.  Due to flaws in providing the Noticee copies, IRM 25.5.10.3 is cited to formally withdraw the summons.
   The Summons deals with the tax liability of Lawrence H. Thompson.  We are planning to re-serve the summons.
   My address is 520 – 112th Avenue NE #300 M/S:  W704 Bellevue, WA 98004-5526.  My phone number is (425) 468-6013, and the fax number is (425) 468-6000.  Please call me if you have any questions.


                                          Sincerely yours,

                                          *Paul R. Shipley*
                                          Paul R. Shipley
                                          Revenue Agent #91-02526

```
U.S. Postal Service™
CERTIFIED MAIL™ RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)
For delivery information visit our website at www.usps.com®

O F F I C I A L   U S E

Postage         $
Certified Fee
Return Reciept Fee
(Endorsement Required)
Restricted Delivery Fee
(Endorsement Required)
Total Postage & Fees  $

Sent To  Bank Of America
Street, Apt. No.;  800-5th Avenue
or PO Box No.
City, State, Zip+4  Seattle WA 98104

7004 1350 0003 1778 7728

PS Form 3800, June 2002          See Reverse for Instructions
```

ey-at-Law

EXHIBIT A



**DEPARTMENT OF THE TREASURY**
**INTERNAL REVENUE SERVICE**
Washington, D.C. 20224

SMALL BUSINESS/SELF-EMPLOYED DIVISION

January 12, 2007

Dorsey & Whitney, LLP
1420 – 5th Avenue Suite#3400
Seattle, WA 98101-4010

Reference:  Dorsey & Whitney, LLP 2039 Summons – Lawrence H. Thompson matter

Dear Sir/Madam,

   This letter formally withdraws the Form 2039 Summons served to you, on October 30, 2006.  The date of production was November 30, 2006.  A Petition to quash the summons was filed.  Due to flaws in providing the Noticee copies, IRM 25.5.10.3 is cited to formally withdraw the summons.
   The Summons deals with the tax liability of Lawrence H. Thompson.  We are planning to re-serve the summons.
    My address is 520 – 112th Avenue NE #300 M/S:  W704 Bellevue, WA 98004-5526.  My phone number is (425) 468-6013, and the fax number is (425) 468-6000.  Please call me if you have any questions.

Sincerely yours,

*Paul R. Shipley*
Paul R. Shipley
Revenue Agent #91-02526

**U.S. Postal Service**™
**CERTIFIED MAIL**™ **RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*
For delivery information visit our website at www.usps.com®

**OFFICIAL USE**

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark
Here

Sent To *Dorsey & Whitney, LLP*
Street, Apt. No.; or PO Box No. *1420- 5th Avenue #3400*    y-at-Law
City, State, ZIP+4 *Seattle, WA 98101-4016*

PS Form 3800, June 2002    See Reverse for Instructions

7004 1350 0003 1774 7735

EXHIBIT A



**DEPARTMENT OF THE TREASURY**
**INTERNAL REVENUE SERVICE**
Washington, D.C. 20224

SMALL BUSINESS/SELF-EMPLOYED DIVISION

January 12, 2007

Karr, Tuttle & Campbell
1201 – 3rd Avenue #2900
Seattle, WA 98101

Reference:  Karr, Tuttle & Campbell 2039 Summons – Lawrence H. Thompson matter

Dear Mr. Crowder,

This letter formally withdraws the Form 2039 Summons served to Karr, Tuttle & Campbell on October 27, 2006.  The date of production was November 30, 2006.  A Petition to quash the summons was filed.  Due to flaws in providing the Noticee copies, IRM 25.5.10.3 is cited to formally withdraw the summons.

The Summons deals with the tax liability of Lawrence H. Thompson.  We are ~~the summons~~ ... ue NE #300 M/S:  W704 Bellevue, WA 98004-5526. 3, and the fax number is (425) 468-6000.  Please

Sincerely yours,

*Paul R. Shipley*

Paul R. Shipley
Revenue Agent #91-02526

---

U.S. Postal Service™
**CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Reciept Fee (Endorsement Required) | Postmark Here |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Sent To  *Karr, Tuttle + Campbell*
Street, Apt. No.; or PO Box No.  *1201 – 3rd Avenue #2900*
City, State, ZIP+4  *Seattle, WA 98101*

PS Form 3800, June 2002          See Reverse for Instructions

7004 1350 0003 1778 7759

---

Cc:  Mr. Lawrence H. Thompson
     Mr. William A. Roberts, Attorney-at-Law

EXHIBIT A



**DEPARTMENT OF THE TREASURY**
**INTERNAL REVENUE SERVICE**
**Washington, D.C. 20224**

SMALL BUSINESS/SELF-EMPLOYED DIVISION

January 12, 2007

Mr. Paul Ketchel, Attorney-at-Law
330 – Franklin Road Suite#235A #201
Brentwood, TN 37027

Reference:  Ketchel 2039 Summons – Lawrence H. Thompson matter

Dear Mr. Ketchel,

This letter formally withdraws the Form 2039 Summons served to you on October 27, 2006.  The date of production was November 30, 2006.  A Petition to quash the summons was filed.  Due to flaws in providing the Noticee copies, IRM 25.5.10.3 is cited to formally withdraw the summons.

The Summons deals with the tax liability of Lawrence H. Thompson.  We are planning to re-serve the summons.

My address is 520 – 112th Avenue NE #300 M/S:  W704 Bellevue, WA 98004-5526. My phone number is (425) 468-6013, and the fax number is (425) 468-6000.  Please call me if you have any questions.

Sincerely yours,

*Paul R. Shipley*

Paul R. Shipley
Revenue Agent #91-02526

| U.S. Postal Service™ |
| CERTIFIED MAIL™ RECEIPT |
| (Domestic Mail Only; No Insurance Coverage Provided) |

7004 1350 0003 1778 7766

For delivery information visit our website at www.usps.com®

**OFFICIAL USE**

| Postage | $ |
| Certified Fee | |
| Return Reciept Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark Here

#235A
#201

Sent To *Mr. Paul Ketchel, Attorney-*
Street, Apt No.; or PO Box No. *330 – Franklin Road*
City, State, ZIP+4 *Brentwood, TN 37027*

PS Form 3800, June 2002          See Reverse for Instructions

Cc:  Mr. Lawrence H. Thompson
Mr. William A. Roberts, Attorney-at-Law

EXHIBIT A

*File Copy*



**DEPARTMENT OF THE TREASURY**
**INTERNAL REVENUE SERVICE**
**Washington, D.C. 20224**

SMALL BUSINESS/SELF-EMPLOYED DIVISION

January 12, 2007

Jeffrey L. Kimbell & Associates
1333 – H Street Suite#620 East
Washington, DC 20005

Reference:  Jeffrey L. Kimbell & Associates 2039 Summons – Lawrence H. Thompson matter

Dear Mr. Kimbell,

This letter formally withdraws the Form 2039 Summons served to you on October 27, 2006.  The date of production was November 30, 2006.  A Petition to quash the summons was filed.  Due to flaws in providing the Noticee copies, IRM 25.5.10.3 is cited to formally withdraw the summons.

The Summons deals with the tax liability of Lawrence H. Thompson.  We may re-serve the summons.

My address is 520 – 112th Avenue NE #300 M/S:  W704 Bellevue, WA 98004-5526.  My phone number is (425) 468-6013, and the fax number is (425) 468-6000.  Please call me if you have any questions.

Sincerely yours,

*Paul R. Shipley*
Paul R. Shipley
Revenue Agent #91-02526

**U.S. Postal Service**™
**CERTIFIED MAIL**™ **RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

**OFFICIAL USE**

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark
Here

Sent To  *Jeffrey L. Kimbell & Assoc.*
Street, Apt. No.; or PO Box No.  *1333 – H Street #620 East*
City, State, ZIP+4  *Washington, DC 20005*

7004 1350 0003 1778 7773

PS Form 3800, June 2002                    See Reverse for Instructions

cc:  Mr. Lawrence H. Thompson
     Mr. William A. Roberts, Attorney-at-Law

EXHIBIT A



**DEPARTMENT OF THE TREASURY**
**INTERNAL REVENUE SERVICE**
**Washington, D.C. 20224**

SMALL BUSINESS/SELF-EMPLOYED DIVISION

January 12, 2007

KPMG
801 – 2nd Avenue #900
Seattle, WA 98104

Reference:  KPMG 2039 Summons – Lawrence H. Thompson matter

Dear Sir/Madam,

   This letter formally withdraws the Form 2039 Summons served to you on October 27, 2006.  The date of production was November 30, 2006.  A Petition to quash the summons was filed.  Due to flaws in providing the Noticee copies, IRM 25.5.10.3 is cited to formally withdraw the summons.
   The Summons deals with the tax liability of Lawrence H. Thompson.  We are planning on re-serving the summons.
   My address is 520 – 112th Avenue NE #300 M/S:  W704 Bellevue, WA 98004-5526.  My phone number is (425) 468-6013, and the fax number is (425) 468-6000.  Please call me if you have any questions.

Sincerely yours,

*Paul R. Shipley*
Paul R. Shipley
Revenue Agent #91-02526

| U.S. Postal Service™ | | |
| --- | --- | --- |
| **CERTIFIED MAIL™ RECEIPT** | | |
| *(Domestic Mail Only; No Insurance Coverage Provided)* | | |
| For delivery information visit our website at www.usps.com® | | |
| OFFICIAL USE | | |
| Postage | $ | |
| Certified Fee | | Postmark Here |
| Return Receipt Fee (Endorsement Required) | | |
| Restricted Delivery Fee (Endorsement Required) | | |
| Total Postage & Fees | $ | |
| Sent To | KPMG | Suite |
| Street, Apt. No.; or PO Box No. | 801-2nd Avenue | 900 |
| City, State, ZIP+4 | Seattle, WA 98104 | |

7004 1350 0003 1778 7780

PS Form 3800, June 2002          See Reverse for Instructions

cc:  Mr. Lawrence H. Thompson
      Mr. William A. Roberts, Attorney-at-Law

EXHIBIT A

*File Copy*



**DEPARTMENT OF THE TREASURY**
**INTERNAL REVENUE SERVICE**
**Washington, D.C. 20224**

SMALL BUSINESS/SELF-EMPLOYED DIVISION

January 12, 2007

Pepper Hamilton, LLP
600 – 14th Street NW
Washington, DC 20005-2004

Reference:  Pepper Hamilton, LLP 2039 Summons – Lawrence H. Thompson matter

Dear Sir/Madam,

    This letter formally withdraws the Form 2039 Summons served to you on October 27, 2006.  The date of production was November 30, 2006.  A Petition to quash the summons was filed.  Due to flaws in providing the Noticee copies, IRM 25.5.10.3 is cited to formally withdraw the summons.
    The Summons deals with the tax liability of Lawrence H. Thompson.  We are planning on re-serving the summons.
    My address is 520 – 112th Avenue NE #300 M/S:  W704 Bellevue, WA 98004-5526.  My phone number is (425) 468-6013, and the fax number is (425) 468-6000.  Please call me if you have any questions.

Sincerely yours,

*Paul R. Shipley*

Paul R. Shipley
Revenue Agent #91-02526

---

**U.S. Postal Service**TM
**CERTIFIED MAIL**TM **RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

**OFFICIAL USE**

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Reciept Fee (Endorsement Required) | Postmark Here |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Sent To *Pepper Hamilton, LLP*
Street, Apt. No.; or PO Box No. *600 - 14th Street NW*
City, State, ZIP+4 *Washington, DC 20005-2004*

PS Form 3800, June 2002          See Reverse for Instructions

7004 1350 0003 1778 7797

---

cc:  Mr. Lawrence H. Thompson
     Mr. William A. Roberts, Attorney-at-Law

EXHIBIT A





**DEPARTMENT OF THE TREASURY**
**INTERNAL REVENUE SERVICE**
**Washington, D.C. 20224**

SMALL BUSINESS/SELF-EMPLOYED DIVISION

January 12, 2007

Deloitte & Touche, LLP
925 – 4th Avenue Suite#300
Seattle, WA 98104-1126

Reference:  Deloitte & Touche, LLP 2039 Summons – Lawrence H. Thompson matter

Dear Sir/Madam,

This letter formally withdraws the Form 2039 Summons served to you on October 27, 2006.  The date of production was November 30, 2006.  A Petition to quash the summons was filed.  Due to flaws in providing the Noticee copies, IRM 25.5.10.3 is cited to formally withdraw the summons.

The Summons deals with the tax liability of Lawrence H. Thompson.  We are planning on re-serving the summons.

My address is 520 – 112th Avenue NE #300 M/S:  W704 Bellevue, WA 98004-5526.  My phone number is (425) 468-6013, and the fax number is (425) 468-6000.  Please call me if you have any questions.

Sincerely yours,

*Paul R. Shipley*

Paul R. Shipley
Revenue Agent #91-02526

**U.S. Postal Service**™
**CERTIFIED MAIL**™ **RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

**OFFICIAL USE**

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark Here

Sent To Deloitte & Touche, LLP
Street, Apt. No.; or PO Box No. 925- 4th Avenue #300
City, State, ZIP+4 Seattle, WA 98104-1126

PS Form 3800, June 2002        See Reverse for Instructions

7004 1350 0003 1778 7803

cc:  Mr. Lawrence H. Thompson
       Mr. William A. Roberts, Attorney-at-Law

EXHIBIT A



**DEPARTMENT OF THE TREASURY**
**INTERNAL REVENUE SERVICE**
**Washington, D.C. 20224**

SMALL BUSINESS/SELF-EMPLOYED DIVISION

January 12, 2007

Mail-Boxes, Etc.
61535 – South Highway #97
Bend, OR 97702-2154

Reference:  Mail-Boxes, Etc. 2039 Summons – Lawrence H. Thompson matter

Dear Sir/Madam,

This letter formally withdraws the Form 2039 Summons served to you on November 2, 2006.  The date of production was November 30, 2006.  A Petition to quash the summons was filed.  Due to flaws in providing the Noticee copies, IRM 25.5.10.3 is cited to formally withdraw the summons.

The Summons deals with the tax liability of Lawrence H. Thompson.  We are planning on re-serving the summons.

My address is 520 – 112th Avenue NE #300 M/S:  W704 Bellevue, WA 98004-5526.  My phone number is (425) 468-6013, and the fax number is (425) 468-6000.  Please call me if you have any questions.

Sincerely yours,

*Paul R. Shipley*

Paul R. Shipley
Revenue Agent #91-02526

**U.S. Postal Service**™
**CERTIFIED MAIL**™ **RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Reciept Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark Here

Sent To  *Mail-Boxes, etc.  #*
Street, Apt. No.; or PO Box No.  *61535 South Highway 97*
City, State, ZIP+4  *Bend, OR 97702-2154*

7004 1350 0003 1778 7810

PS Form 3800, June 2002          See Reverse for Instructions

cc:  Mr. Lawrence H. Thompson
     Mr. William A. Roberts, Attorney-at-Law

EXHIBIT A



**DEPARTMENT OF THE TREASURY**
**INTERNAL REVENUE SERVICE**
**Washington, D.C. 20224**

SMALL BUSINESS/SELF-EMPLOYED DIVISION

January 12, 2007

KTC Services, Inc.
1201 – 3RD Avenue Suite#2900
Seattle, WA 98101

Reference:  KTC Services, Inc. 2039 Summons – Lawrence H. Thompson matter

Dear Sir/Madam,

   This letter formally withdraws the Form 2039 Summons served to you, on October 26, 2006.  The date of production was November 30, 2006.  A Petition to quash the summons was filed.  Due to flaws in providing the Noticee copies, IRM 25.5.10.3 is cited to formally withdraw the summons.
   The Summons deals with the tax liability of Lawrence H. Thompson.  We are planning to re-serve the summons.
   My address is 520 – 112th Avenue NE #300 M/S:  W704 Bellevue, WA 98004-5526.  My phone number is (425) 468-6013, and the fax number is (425) 468-6000.  Please call me if you have any questions.

Sincerely yours,

*Paul R. Shipley*
Paul R. Shipley
Revenue Agent #91-02526

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*
For delivery information visit our website at www.usps.com®

**OFFICIAL USE**

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark Here

7004 1350 0003 1778 7827

Sent To  *KTC Services, Inc.*
Street, Apt. No.  *1201 – 3rd Avenue #2900*
or PO Box No.
City, State, ZIP+4  *Seattle, WA 98101*

PS Form 3800, June 2002     See Reverse for Instructions

   Cc:  Mr. Lawrence H. Thompson
         Mr. William A. Roberts, Attorney-at-Law

EXHIBIT A



**DEPARTMENT OF THE TREASURY**
**INTERNAL REVENUE SERVICE**
Washington, D.C. 20224

SMALL BUSINESS/SELF-EMPLOYED DIVISION

January 12, 2007

Laughlin & Associates, USA
2533 – North Carson Street
Carson City, NV 89706

Reference:  Laughlin & Associates, USA 2039 Summons – Lawrence H. Thompson matter

Dear Sir/Madam,

    This letter formally withdraws the Form 2039 Summons served to you, on October 27, 2006.  The date of production was November 30, 2006.  A Petition to quash the summons was filed.  Due to flaws in providing the Noticee copies, IRM 25.5.10.3 is cited to formally withdraw the summons.

    The Summons deals with the tax liability of Lawrence H. Thompson.  We are planning to re-serve the summons.

    My address is 520 – 112th Avenue NE #300 M/S:  W704 Bellevue, WA 98004-5526.  My phone number is (425) 468-6013, and the fax number is (425) 468-6000.  Please call me if you have any questions.

Sincerely yours,

*Paul R. Shipley*
Paul R. Shipley
Revenue Agent #91-02526

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

**OFFICIAL USE**

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Reciept Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark Here

Sent To  Laughlin & Assoc, USA
Street, Apt. No.; or PO Box No.  2533 – North Carson Street
City, State, ZIP+4  Carson City, NV 89706

PS Form 3800, June 2002          See Reverse for Instructions

7004 1350 0003 1778 7834

cc:  Mr. Lawrence H. Thompson
      Mr. William A. Roberts, Attorney-at-Law

EXHIBIT A



**DEPARTMENT OF THE TREASURY**
**INTERNAL REVENUE SERVICE**
**Washington, D.C. 20224**

SMALL BUSINESS/SELF-EMPLOYED DIVISION

January 12, 2007

ABC Corporate Filings, Inc.
29609 – Tropea Drive
Warren, MI 48092-3387

Reference:  ABC Corporate Filings, Inc. 2039 Summons – Lawrence H. Thompson matter

Dear Sir/Madam,

　　This letter formally withdraws the Form 2039 Summons served to you, on November 1, 2006.  The date of production was November 30, 2006.  A Petition to quash the summons was filed.  Due to flaws in providing the Noticee copies, IRM 25.5.10.3 is cited to formally withdraw the summons.

　　The Summons deals with the tax liability of Lawrence H. Thompson.  We are planning to re-serve the summons.

　　My address is 520 – 112th Avenue NE #300 M/S:  W704 Bellevue, WA 98004-5526.  My phone number is (425) 468-6013, and the fax number is (425) 468-6000.  Please call me if you have any questions.

Sincerely yours,

*Paul R. Shipley*

Paul R. Shipley
Revenue Agent #91-02526

---

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

**O F F I C I A L   U S E**

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark Here

Sent To *ABC Corporate Filings, Inc.*
Street, Apt. No.; or PO Box No. *29609 – Tropea Drive*
City, State, ZIP+4 *Warren, MI 48092-3387*

PS Form 3800, June 2002          See Reverse for Instructions

7004 1350 0003 1778 7858

cc:  Mr. Lawrence H. Thompson
　　 Mr. William A. Roberts, Attorney-at-Law

EXHIBIT A



**DEPARTMENT OF THE TREASURY**
**INTERNAL REVENUE SERVICE**
**Washington, D.C. 20224**

SMALL BUSINESS/SELF-EMPLOYED DIVISION

January 12, 2007

Baxter International, Inc.
One – Baxter Parkway
Deerfield, IL 60015

Reference: Baxter International, Inc. 2039 Summons – Lawrence H. Thompson matter

Dear Sir/Madam,

This letter formally withdraws the Form 2039 Summons served to you, on October 24, 2006. The date of production was November 30, 2006. A Petition to quash the summons was filed. Due to flaws in providing the Noticee copies, IRM 25.5.10.3 is cited to formally withdraw the summons.

The Summons deals with the tax liability of Lawrence H. Thompson. We are planning to re-serve the summons.

My address is 520 – 112th Avenue NE #300 M/S: W704 Bellevue, WA 98004-5526. My phone number is (425) 468-6013, and the fax number is (425) 468-6000. Please call me if you have any questions.

Sincerely yours,

*Paul R. Shipley*

Paul R. Shipley
Revenue Agent #91-02526

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Reciept Fee (Endorsement Required) | Postmark Here |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Sent To *Baxter International*
Street, Apt. No.; or PO Box No. *One – Baxter Pkwy.*
City, State, ZIP+4 *Deerfield, IL 60015*

7004 1350 0003 1778 7841

PS Form 3800, June 2002          See Reverse for Instructions

cc: Mr. Lawrence H. Thompson
     Mr. William A. Roberts, Attorney-at-Law

EXHIBIT A

*True Copy*



**DEPARTMENT OF THE TREASURY**
**INTERNAL REVENUE SERVICE**
**Washington, D.C. 20224**

SMALL BUSINESS/SELF-EMPLOYED DIVISION

January 12, 2007

Mail Post
704 – 228th Avenue NE
Sammamish, WA 98074-7222

Reference:  Mail Post 2039 Summons – Lawrence H. Thompson matter

Dear Sir/Madam,

This letter formally withdraws the Form 2039 Summons served to you, on November 3, 2006.  The date of production was November 30, 2006.  A Petition to quash the summons was filed.  Due to flaws in providing the Noticee copies, IRM 25.5.10.3 is cited to formally withdraw the summons.

The Summons deals with the tax liability of Lawrence H. Thompson.  We are planning to re-serve the summons.

My address is 520 – 112th Avenue NE #300 M/S:  W704 Bellevue, WA 98004-5526.  My phone number is (425) 468-6013, and the fax number is (425) 468-6000.  Please call me if you have any questions.

Sincerely yours,

*Paul R. Shipley*

Paul R. Shipley
Revenue Agent #91-02526

**U.S. Postal Service**™
**CERTIFIED MAIL**™ **RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Reciept Fee (Endorsement Required) | Postmark Here |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Sent To *Mail Post*
Street, Apt. No.; or PO Box No. *704 – 228th Ave NE*
City, State, ZIP+4 *Sammamish, WA 98074*

PS Form 3800, June 2002          See Reverse for Instructions

7004 1350 0003 1778 7865

cc:  Mr. Lawrence H. Thompson
      Mr. William A. Roberts, Attorney-at-Law

EXHIBIT A



**DEPARTMENT OF THE TREASURY**
**INTERNAL REVENUE SERVICE**
**Washington, D.C. 20224**

SMALL BUSINESS/SELF-EMPLOYED DIVISION

January 12, 2007

Dr. Alan Upshall, PhD.
7049 – NE 163rd Street
Bothell, WA 98011

Reference:  Upshall 2039 Summons – Lawrence H. Thompson matter

Dear Dr. Upshall,

   This letter formally withdraws the Form 2039 Summons served to you, on November 3, 2006.  The date of production was November 30, 2006.  A Petition to quash the summons was filed.  Due to flaws in providing the Noticee copies, IRM 25.5.10.3 is cited to formally withdraw the summons.

   The Summons deals with the tax liability of Lawrence H. Thompson.  We are planning to re-serve the summons.

   My address is 520 – 112th Avenue NE #300 M/S:  W704 Bellevue, WA 98004-5526.  My phone number is (425) 468-6013, and the fax number is (425) 468-6000.  Please call me if you have any questions.

Sincerely yours,

*Paul R. Shipley*
Paul R. Shipley
Revenue Agent #91-02526

---

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

**OFFICIAL USE**

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Reciept Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark Here

Sent To *Dr. Alan Upshall, PhD.*
Street, Apt. No.; or PO Box No. *7049 – INE 163rd St.*
City, State, ZIP+4 *Bothell, WA 98011*

PS Form 3800, June 2002                    See Reverse for Instructions

7004 1350 0003 1778 7872

cc:  Mr. Lawrence H. Thompson
     Mr. William A. Roberts, Attorney-at-Law

EXHIBIT A



**DEPARTMENT OF THE TREASURY**
**INTERNAL REVENUE SERVICE**
**Washington, D.C. 20224**

SMALL BUSINESS/SELF-EMPLOYED DIVISION

January 12, 2007

University of Washington
Office of Technology Transfer
4311 – 11th Avenue NE Suite#500
Seattle, WA 98105-4608

Reference:  UW OTT 2039 Summons – Lawrence H. Thompson matter

Dear Sir/Madam,

   This letter formally withdraws the Form 2039 Summons served to you, on November 3, 2006.  The date of production was November 30, 2006.  A Petition to quash the summons was filed.  Due to flaws in providing the Noticee copies, IRM 25.5.10.3 is cited to formally withdraw the summons.
   The Summons deals with the tax liability of Lawrence H. Thompson.  We are planning to re-serve the summons.
   My address is 520 – 112th Avenue NE #300 M/S:  W704 Bellevue, WA 98004-5526.  My phone number is (425) 468-6013, and the fax number is (425) 468-6000.  Please call me if you have any questions.

Sincerely yours,

*Paul R. Shipley*
Paul R. Shipley
Revenue Agent #91-02526

**U.S. Postal Service**™
**CERTIFIED MAIL**™ **RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*
For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | Postmark Here #500 |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Sent To *Univ. of Washington /OTT*
Street, Apt. No.; or PO Box No. *4311 – 11th Avenue NE*
City, State, ZIP+4 *Seattle, WA 98105-4608*

7004 1350 0003 1778 7889

PS Form 3800, June 2002          See Reverse for Instructions

cc:  Mr. Lawrence H. Thompson
     Mr. William A. Roberts, Attorney-at-Law

EXHIBIT A



**DEPARTMENT OF THE TREASURY**
**INTERNAL REVENUE SERVICE**
**Washington, D.C. 20224**

**SMALL BUSINESS/SELF-EMPLOYED DIVISION**

January 12, 2007

Tousley, Brain & Stephens, PLLC
1700 – 7th Avenue Suite#2200
Seattle, WA 98101-1332

Reference:  Tousley Brain… 2039 Summons – Lawrence H. Thompson matter

Dear Sir/Madam,

    This letter formally withdraws the Form 2039 Summons served to you, on November 3, 2006.  The date of production was November 30, 2006.  A Petition to quash the summons was filed.  Due to flaws in providing the Noticee copies, IRM 25.5.10.3 is cited to formally withdraw the summons.
    The Summons deals with the tax liability of Lawrence H. Thompson.  We are planning to re-serve the summons.
     My address is 520 – 112th Avenue NE #300 M/S:  W704 Bellevue, WA 98004-5526.  My phone number is (425) 468-6013, and the fax number is (425) 468-6000.  Please call me if you have any questi…

Sincerely yours,

*Paul R. Shipley*

Paul R. Shipley
Revenue Agent #91-02526

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)
For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Reciept Fee (Endorsement Required) | Postmark Here |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Sent To  Tousley, Brain & Stephens, PLLC
Street, Apt. No.; or PO Box No.  1700 - 7th Avenue #2200
City, State, ZIP+4  Seattle, WA 98101-1332

7004 1350 0003 1778 7896

PS Form 3800, June 2002                See Reverse for Instructions

cc:  Mr. Lawrence H. Thompson
      Mr. William A. Roberts, Attorney-at-Law

EXHIBIT A



**DEPARTMENT OF THE TREASURY**
**INTERNAL REVENUE SERVICE**
**Washington, D.C. 20224**

SMALL BUSINESS/SELF-EMPLOYED DIVISION

January 12, 2007

Louisiana Central Net Profits
c/o:  Computer Share Investor Services, LLC
2 – North LaSalle Street
Chicago, IL 60602

Reference:  Computer Share… 2039 Summons – Lawrence H. Thompson matter

Dear Sir/Madam,

This letter formally withdraws the Form 2039 Summons served to you, on November 2, 2006.  The date of production was November 30, 2006.  A Petition to quash the summons was filed.  Due to flaws in providing the Noticee copies, IRM 25.5.10.3 is cited to formally withdraw the summons.

The Summons deals with the tax liability of Lawrence H. Thompson.  We are planning to re-serve the summons.

My address is 520 – 112th Avenue NE #300 M/S:  W704 Bellevue, WA 98004-5526.  My phone number is (425) 468-6013, and the fax number is (425) 468-6000.  Please call me if you have any questions.

Sincerely yours,

*Paul R. Shipley*

Paul R. Shipley
Revenue Agent #91-02526

**U.S. Postal Service**™
**CERTIFIED MAIL**™ **RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

**OFFICIAL USE**

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Reciept Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark Here

Sent To *Louisiana Central Net Profits*
Street, Apt. No.; or PO Box No. *2 - North LaSalle Street*
City, State, *Chicago, IL 60602*

PS Form 3800, June 2002      See Reverse for Instructions

7004 1350 0003 1778 7902

cc:  Mr. Lawrence H. Thompson
     Mr. William A. Roberts, Attorney-at-Law

EXHIBIT A

*File Copy*



**DEPARTMENT OF THE TREASURY**
**INTERNAL REVENUE SERVICE**
**Washington, D.C. 20224**

SMALL BUSINESS/SELF-EMPLOYED DIVISION

January 12, 2007

Northwest Capital Appreciation, Inc.
600 – University Street #1720
Seattle, WA 98101

Reference:  NW Capital Appreciation, Inc. 2039 Summons – Lawrence H. Thompson matter

Dear Sir/Madam,

    This letter formally withdraws the Form 2039 Summons served to you, on November 2, 2006.  The date of production was November 30, 2006.  A Petition to quash the summons was filed.  Due to flaws in providing the Noticee copies, IRM 25.5.10.3 is cited to formally withdraw the summons.

    The Summons deals with the tax liability of Lawrence H. Thompson.  We are planning to re-serve the summons.

    My address is 520 – 112th Avenue NE #300 M/S:  W704 Bellevue, WA 98004-5526.  My phone number is (425) 468-6013, and the fax number is (425) 468-6000.  Please call me if you have any questions.

Sincerely yours,

*Paul R. Shipley*

Paul R. Shipley
Revenue Agent #91-02526

**U.S. Postal Service**™
**CERTIFIED MAIL**™ **RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

**OFFICIAL USE**

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | Postmark Here |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Sent To   *Northwest Capital Apprec. Inc.*
Street, Apt. No.; or PO Box No.  *600 University St. #1720*
City, State, ZIP+4  *Seattle, WA 98101*

7004 1350 0003 1778 7939

PS Form 3800, June 2002    See Reverse for Instructions

cc:  Mr. Lawrence H. Thompson
      Mr. William A. Roberts, Attorney-at-Law

EXHIBIT A



**DEPARTMENT OF THE TREASURY**
**INTERNAL REVENUE SERVICE**
**Washington, D.C. 20224**

SMALL BUSINESS/SELF-EMPLOYED DIVISION

January 12, 2007

American Express
General Counsel's Office World Financial Center
200 – Vesey Street
New York, NY 10285

Reference:  AMEX 2039 Summons – Lawrence H. Thompson matter

Dear Sir/Madam,

    This letter formally withdraws the Form 2039 Summons served to you, on November 2, 2006.  The date of production was November 30, 2006.  A Petition to quash the summons was filed.  Due to flaws in providing the Noticee copies, IRM 25.5.10.3 is cited to formally withdraw the summons.

    The Summons deals with the tax liability of Lawrence H. Thompson.  We are planning to re-serve the summons.

    My address is 520 – 112th Avenue NE #300 M/S:  W704 Bellevue, WA 98004-5526.  My phone number is (425) 468-6013, and the fax number is (425) 468-6000.  Please call me if you have any questions.

Sincerely yours,

Paul R. Shipley
Paul R. Shipley
Revenue Agent #91-02526

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

**OFFICIAL USE**

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | Postmark Here |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Sent To  AMEX
Street, Apt. No.; or PO Box No.  200 - Vesey Street
City, State, ZIP+4  New York, NY  10285

PS Form 3800, June 2002        See Reverse for Instructions

7004 1350 0003 1778 7926

cc:  Mr. Lawrence H. Thompson
     Mr. William A. Roberts, Attorney-at-Law

EXHIBIT A

*File Copy*



**DEPARTMENT OF THE TREASURY**
**INTERNAL REVENUE SERVICE**
**Washington, D.C. 20224**

SMALL BUSINESS/SELF-EMPLOYED DIVISION

January 12, 2007

U.S. Bank National Association, ND
800 – Nicollett Mall
Minneapolis, MN 55402

Reference:  US Bank 2039 Summons – Lawrence H. Thompson matter

Dear Sir/Madam,

This letter formally withdraws the Form 2039 Summons served to you, on November 2, 2006.  The date of production was November 30, 2006.  A Petition to quash the summons was filed.  Due to flaws in providing the Noticee copies, IRM 25.5.10.3 is cited to formally withdraw the summons.

The Summons deals with the tax liability of Lawrence H. Thompson.  We are planning to re-serve the summons.

My address is 520 – 112th Avenue NE #300 M/S:  W704 Bellevue, WA 98004-5526. My phone number is (425) 468-6013, and the fax number is (425) 468-6000.  Please call me if you have any questions.

Sincerely yours,

*Paul R. Shipley*

Paul R. Shipley
Revenue Agent #91-02526

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| Postage | $ |
| Certified Fee | |
| Return Reciept Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark Here

Sent To US Bank Nat. Assoc, ND
Street Apt No. or PO Box No. 800 - Nicollett Mall
City, State, ZIP+4 Mineapolis, MN 55402

PS Form 3800, June 2002         See Reverse for Instructions

7004 1350 0003 1778 7433

cc:  Mr. Lawrence H. Thompson
      Mr. William A. Roberts, Attorney-at-Law

EXHIBIT A



**DEPARTMENT OF THE TREASURY**
**INTERNAL REVENUE SERVICE**
Washington, D.C. 20224

SMALL BUSINESS/SELF-EMPLOYED DIVISION

January 12, 2007

VISA Credit Card
123 – Mission Street 20th Floor
San Francisco, CA 94105

Reference:  VISA 2039 Summons – Lawrence H. Thompson matter

Dear Sir/Madam,

This letter formally withdraws the Form 2039 Summons served to you, on November 2, 2006.  The date of production was November 30, 2006.  A Petition to quash the summons was filed.  Due to flaws in providing the Noticee copies, IRM 25.5.10.3 is cited to formally withdraw the summons.  Though I realize the summons was served to VISA in error, this formal withdrawal letter is still required.

The Summons deals with the tax liability of Lawrence H. Thompson.

My address is 520 – 112th Avenue NE #300 M/S:  W704 Bellevue, WA 98004-5526.  My phone number is (425) 468-6013, and the fax number is (425) 468-6000.  Please call me if you have any questions.

Sincerely yours,

*Paul R. Shipley*

Paul R. Shipley
Revenue Agent #91-02526

**U.S. Postal Service**™
**CERTIFIED MAIL**™ **RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

**OFFICIAL USE**

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Reciept Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark Here

Sent To *VISA Credit Card*
Street, Apt. No.; or PO Box No. *123 – Mission St. 20$^{th}$Flr*
City, State, ZIP+4 *San Francisco, CA 94105*

PS Form 3800, June 2002                    See Reverse for Instructions

7004 1350 0003 1778 7940

cc:  Mr. Lawrence H. Thompson
     Mr. William A. Roberts, Attorney-at-Law

EXHIBIT A



**DEPARTMENT OF THE TREASURY**
**INTERNAL REVENUE SERVICE**
**Washington, D.C. 20224**

SMALL BUSINESS/SELF-EMPLOYED DIVISION

January 12, 2007

Discover Business Services
PO Box 3013
New Albany, NY 43054

Reference:  Discover 2039 Summons – Lawrence H. Thompson matter

Dear Sir/Madam,

   This letter formally withdraws the Form 2039 Summons served to you, on November 2, 2006.  The date of production was November 30, 2006.  A Petition to quash the summons was filed.  Due to flaws in providing the Noticee copies, IRM 25.5.10.3 is cited to formally withdraw the summons.
   The Summons deals with the tax liability of Lawrence H. Thompson.
   My address is 520 – 112th Avenue NE #300 M/S:  W704 Bellevue, WA 98004-5526.  My phone number is (425) 468-6013, and the fax number is (425) 468-6000.  Please call me if you have any questions.

Sincerely yours,

*Paul R. Shipley*

Paul R. Shipley
Revenue Agent #91-02526

cc:  Mr. Lawrence H. Thompson
     Mr. William A. Roberts, Attorney-at-Law

EXHIBIT A

U.S. Postal Service™
CERTIFIED MAIL™ RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)
For delivery information visit our website at www.usps.com®

OFFICIAL USE

Postage $
Certified Fee
Return Receipt Fee (Endorsement Required)
Restricted Delivery Fee (Endorsement Required)
Total Postage & Fees $
Postmark Here

Sent To Discover Business Services
Street, Apt No.; or PO Box No. PO Box 3013
City, State, ZIP+4 New Albany, NY 43054

PS Form 3800, June 2002    See Reverse for Instructions

7004 1350 0003 1778 7957



**DEPARTMENT OF THE TREASURY**
**INTERNAL REVENUE SERVICE**
**Washington, D.C. 20224**

SMALL BUSINESS/SELF-EMPLOYED DIVISION

January 12, 2007

Diner's Club
7958 – South Chester Street
Englewood, CO 80112

Reference:  Diner's Club 2039 Summons – Lawrence H. Thompson matter

Dear Sir/Madam,

This letter formally withdraws the Form 2039 Summons served to you, on November 2, 2006.  The date of production was November 30, 2006.  A Petition to quash the summons was filed.  Due to flaws in providing the Noticee copies, IRM 25.5.10.3 is cited to formally withdraw the summons.

The Summons deals with the tax liability of Lawrence H. Thompson.

My address is 520 – 112th Avenue NE #300 M/S:  W704 Bellevue, WA 98004-5526.  My phone number is (425) 468-6013, and the fax number is (425) 468-6000.  Please call me if you have any questions.

Sincerely yours,

*Paul R. Shipley*

Paul R. Shipley
Revenue Agent #91-02526

cc:  Mr. Lawrence H. Thompson
     Mr. William A. Roberts, Attorney-at-Law

EXHIBIT A





**DEPARTMENT OF THE TREASURY**
**INTERNAL REVENUE SERVICE**
**Washington, D.C. 20224**

SMALL BUSINESS/SELF-EMPLOYED DIVISION

January 12, 2007

Equifax Information Services, LLC
PO Box 740256
Atlanta, GA 303784

Reference:  Equifax 2039 Summons – Lawrence H. Thompson matter

Dear Sir/Madam,

This letter formally withdraws the Form 2039 Summons served to you, on November 2, 2006.  The date of production was November 30, 2006.  A Petition to quash the summons was filed.  Due to flaws in providing the Noticee copies, IRM 25.5.10.3 is cited to formally withdraw the summons.

The Summons deals with the tax liability of Lawrence H. Thompson.

My address is 520 – 112th Avenue NE #300 M/S: W704 Bellevue, WA 98004-5526. My phone number is (425) 468-6013, and the fax number is (425) 468-6000.  Please call me if you have any questions.

Sincerely yours,

*Paul R. Shipley*

Paul R. Shipley
Revenue Agent #91-02526

---

U.S. Postal Service™
CERTIFIED MAIL™ RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Reciept Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark Here

Sent To  *Equifax Info. Services LLC*
Street, Apt No.; or PO Box No.  *PO Box 740256*
City, State, ZIP+4  *Atlanta, GA 30374*

PS Form 3800, June 2002                    See Reverse for Instructions

7004 1350 0003 1778 7971

---

cc:  Mr. Lawrence H. Thompson
      Mr. William A. Roberts, Attorney-at-Law

EXHIBIT A



**DEPARTMENT OF THE TREASURY**
**INTERNAL REVENUE SERVICE**
**Washington, D.C. 20224**

SMALL BUSINESS/SELF-EMPLOYED DIVISION

January 12, 2007

Experian
PO Box 1240
Allen, TX 75013

Reference:  Experian 2039 Summons – Lawrence H. Thompson matter

Dear Sir/Madam,

This letter formally withdraws the Form 2039 Summons served to you, on November 2, 2006.  The date of production was November 30, 2006.  A Petition to quash the summons was filed.  Due to flaws in providing the Noticee copies, IRM 25.5.10.3 is cited to formally withdraw the summons.

The Summons deals with the tax liability of Lawrence H. Thompson.

My address is 520 – 112th Avenue NE #300 M/S:  W704 Bellevue, WA 98004-5526.  My phone number is (425) 468-6013, and the fax number is (425) 468-6000.  Please call me if you have any questions.

Sincerely yours,

*Paul R. Shipley*

Paul R. Shipley
Revenue Agent #91-02526

**U.S. Postal Service**™
**CERTIFIED MAIL**™ **RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*
For delivery information visit our website at www.usps.com®

**O F F I C I A L   U S E**

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | Postmark Here |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Sent To  *Experian*
Street, Apt. No.; or PO Box No.  *PO Box 1240*
City, State, ZIP+4  *Allen, TX 75013*

PS Form 3800, June 2002          See Reverse for Instructions

7005 1350 0003 1778 7995

cc:  Mr. Lawrence H. Thompson
     Mr. William A. Roberts, Attorney-at-Law

EXHIBIT A



**DEPARTMENT OF THE TREASURY**
**INTERNAL REVENUE SERVICE**
**Washington, D.C. 20224**

SMALL BUSINESS/SELF-EMPLOYED DIVISION

January 12, 2007

Trans Union
555 – West Adams Street
Chicago, IL 60661

Reference:  Trans Union 2039 Summons – Lawrence H. Thompson matter

Dear Sir/Madam,

    This letter formally withdraws the Form 2039 Summons served to you, on November 2, 2006.  The date of production was November 30, 2006.  A Petition to quash the summons was filed.  Due to flaws in providing the Noticee copies, IRM 25.5.10.3 is cited to formally withdraw the summons.

    The Summons deals with the tax liability of Lawrence H. Thompson.

    My address is 520 – 112th Avenue NE #300 M/S:  W704 Bellevue, WA 98004-5526.  My phone number is (425) 468-6013, and the fax number is (425) 468-6000.  Please call me if you have any questions.

Sincerely yours,

*Paul R. Shipley*

Paul R. Shipley
Revenue Agent #91-02526

---

**U.S. Postal Service**™
**CERTIFIED MAIL**™ **RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*
For delivery information visit our website at www.usps.com®

**OFFICIAL USE**

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Reciept Fee (Endorsement Required) | Postmark Here |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Sent To *Trans Union*
Street, Apt. No.; or PO Box No. *555 – West Adams Street*
City, State, ZIP+4 *Chicago, IL 60661*

PS Form 3800, June 2002          See Reverse for Instructions

7004 1350 0003 1778 7988

---

cc:  Mr. Lawrence H. Thompson
     Mr. William A. Roberts, Attorney-at-Law

EXHIBIT A