IN THE UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| LAWRENCE H. THOMPSON | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| v. | § | Civil Action No. 1:06MS00523 |
| | § | |
| UNITED STATES OF AMERICA | § | |
| | § | |
| Respondent. | § | |

**PETITIONER'S MOTION FOR CONSOLIDATION
PURSUANT TO 28 U.S.C. 1404 AND BRIEF IN SUPPORT**

COMES NOW the Petitioner and requests the Court consolidate this case with identical Petitions to Quash IRS Summonses filed in thirteen (13) federal jurisdictions and state as follows:

**INTRODUCTION**

1.  On October 30, 2006, November 1, 2006, November 6, 2006 and November 7, 2006, the Internal Revenue Service issued forty-one (41) Summonses to Summons recipient who were located or could be found in thirteen separate federal jurisdictions. Each of the Summonses was issued by Revenue Agent Paul Shipley from the IRS Seattle, Washington Office.

2.  On November 21, 2006, Petitioner filed thirteen (13) Petitions to Quash IRS Summonses. [1] After filing the lawsuits, the government agreed that the Summonses were unlawful and withdrew them.

---

[1] See *Thompson v. United States*, Docket Nos. 1:06-cv-2342 (District of Colorado), 1:06MS00523 (District of Columbia), 06-cv-4572 (District of Minnesota), 2:06-cv-1480 (District of Nevada), 06-15244 (Eastern District of Michigan), 6:06-cv-503 (Eastern District of Texas), C06-7208SBA (Northern District of California), 1:06-cv-2850-TCB-JFK (Northern District of Georgia), 1:06-cv-6345 (Northern District of Illinois), 3:06-cv-2144-D (Northern District of

147092

3. On January 12, 2007, Revenue Agent Shipley withdrew the Summonses in this case. However, Mr. Shipley states that the Summonses will be reissued. In addition, as Petitioner has substantially prevailed on the merits as the IRS has withdrawn the unlawful Summonses, Petitioner intends to seek costs under IRC § 7430.

4. As this case and the twelve (12) related cases contain similar questions of law and fact, we respectfully request that this case be consolidated with *Thompson v. United States*, Docket No. 3:06-CV-02144 in the United States District Court for the Northern District of Texas pursuant to 28 U.S.C. § 1404.

**THE ACTIONS INVOLVE COMMON QUESTIONS OF LAW AND FACT**

5. Each Petition filed in the twelve (12) different Federal District Courts are identical as to law and fact. Petitioner seeks the same relief in each case, namely attorneys fees under IRC § 7430, and Order that the IRS obey Internal Revenue Code and applicable Treasury Regulations.

**THE COURT HAS BROAD DISCRETION IN ORDERING CONSOLIDATION**

6. A court has broad discretion in determining whether consolidation is practical. *Atlantic States Legal Foundation Inc. v. Koch Refining Co.*, 681 F. Supp 609, 615 (D. Minn. 1988). In exercising this discretion, a court should weigh the time and effort consolidation would save with any inconvenience or delay it would cause. *Hendrix v. Raybestos-Manhattan, Inc.*, 776 F. 2d 1492, 1495 (11 Cir. 1985); *Huene v. United States*, 743 F. 2d 703, 704 (9th Cir. 1984). See also *Kramer v. Boeing Co.*, 134 F.R.D. 256 (D. Minn 1991).

---

Texas), 06-22859-cv (Southern District of Florida), 2:06-cv-993 (Southern District of Ohio), 2:06-cv-1677 (Western District of Washington). Petitioner is filing Motions to Consolidate in each case.

7. Consolidation offers efficiency and convenience in this case. Consolidation will result in one trial and greatly reduce costs associated with litigation of the same facts and issues in thirteen (13) separate District Courts.

8. Consolidation will not delay the disposition of this case. The various cases in Federal District Court have not proceeded beyond the initial pleadings stage. No discovery has been done by either party.

WHEREFORE, Petitioner requests that the Court grant its Motion to consolidate this action with Docket No. 3:06-CV-02144 filed in the Northern District of Texas.

Respectfully submitted,

Dated: January 30, 2007

By:   /s/  Robert M. Adler
Robert M. Adler (Bar No. 62950)
O'Connor & Hannan, L.L.P.
1666 K Street, N.W., Suite 500
Washington, D.C. 20006
202-887-1400 (phone)
202-887-6186 (fax)
radler@oconnorhannan.com

ATTORNEY FOR PETITIONER

### CERTIFICATE OF SERVICE

I hereby certify on this 30th day of January, 2007, a true and correct copy of the above and foregoing Motion for Consolidation Pursuant to 28 U.S.C. 1404 and Brief in Support was served via certified mail on David M. Katinsky, United States Department of Justice, Tax Division, PO Box 227, Ben Franklin Station, Washington, DC, 20044.

  /s/  Robert M. Adler
Robert M. Adler

## CERTIFICATE OF CONFERENCE

On January 26th, 2007, counsel for Petitioner Kyle Coleman spoke with Jennifer Auchterlonie, who has been designated by the Department of Justice as the case coordinator for these related cases. Mr. Coleman requested a conference as to whether the government opposed or would not oppose the Motion for Consolidation in District Court for the Northern District of Texas. Ms. Auchterlonie stated that the government opposed this Motion. Therefore, this Motion is opposed.

        /s/  Kyle R. Coleman
        Kyle R. Coleman

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| LAWRENCE H. THOMPSON §<br>§<br>Petitioner, §<br>§<br>v. § <br>§<br>UNITED STATES OF AMERICA §<br>§<br>Respondent. § | Civil Action No. 1:06MS00523 |

**PROPOSED ORDER**

CAME ON for consideration this day Petitioner's Motion for Consolidation Pursuant to Rule 42(a) and Brief in Support. The Court finds, for good cause shown, that said Motion should be GRANTED.

SO ORDERED.