IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LAWRENCE H. THOMPSON,           ) | |
| ) | |
| Petitioner,       ) | |
| ) | |
| v.                                               ) | Case No. 1:06MS00523 |
| ) | Hon. Richard W. Roberts |
| UNITED STATES OF AMERICA,   ) | |
| ) | |
| Respondent.  ) | |

## NOTICE OF APPEARANCE

PLEASE ENTER THE APPEARANCE of Beatriz T. Saiz as counsel for respondent, the United States of America.  Further, PLEASE REMOVE THE APPEARANCE of David M. Katinsky as counsel for the United States in the above-captioned case.

Dated: May 24, 2007

                                                                            Respectfully submitted,

                                                                            /s/ Beatriz T. Saiz
                                                                            BEATRIZ T. SAIZ
                                                                            Trial Attorney, Tax Division
                                                                            U.S. Department of Justice
                                                                            P.O. Box 227
                                                                            Ben Franklin Station
                                                                            Washington, D.C. 20044
                                                                            Telephone: (202) 307-6585

OF COUNSEL:

JEFFREY A. TAYLOR
United States Attorney

## CERTIFICATE OF SERVICE

IT IS HEREBY CERTIFIED that the foregoing NOTICE OF APPEARANCE was caused to be served this 24th day of May, 2007, by depositing a true and correct copy thereof in the United States mail, postage prepaid, addressed as follows:

Kyle Coleman, Esq.
The Roberts Law Firm
The Fairways I
16250 Dallas Parkway
Suite 105
Dallas, TX 75248

Robert M. Adler, Esq.
O'Conner & Hannan, L.L.P.
1666 K Street, N.W.
Suite 500
Washington, DC 20006

　　　　　　　　　　　　/s/ Beatriz T. Saiz
　　　　　　　　　　　　BEATRIZ T. SAIZ

2456961.1