```
                    UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF COLUMBIA
_____
                              )
LAWRENCE H. THOMPSON,         )
                              )
        Plaintiff,            )
                              )
        v.                    )    Misc. No. 06-523 (RWR)
                              )
UNITED STATES OF AMERICA,     )
                              )
        Defendant.            )
_____)
```

### ORDER

Plaintiff Lawrence Thompson filed a petition to quash summonses issued by the defendant United States Internal Revenue Service. The petition was referred to Magistrate Judge John Facciola for determination. While the petition was pending, the United States withdrew the summonses and moved to dismiss the matter. The magistrate judge issued a report and recommendation dated May 22, 2007, in which he recommended that the United States' motion to dismiss be granted because the court lacked subject matter jurisdiction in the absence of a case or controversy, and that pending related motions be dismissed as moot. Neither party to this matter has filed objections and the time to do so has expired. Accordingly, it is hereby

ORDERED that the United States' motion [4] to dismiss this case be, and hereby is, GRANTED, and all other pending motions [3, 7] be, and hereby are, DENIED as moot.

-2-

SIGNED this 28th day of June, 2007.

```
                              /s/
                    RICHARD W. ROBERTS
                    United States District Judge
```